**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

**3081 MAIN STREET, LLC d/b/a NEW**
**ENGLAND WINE AND SPIRITS, on behalf**
**of itself and all others similarly situated,**          Civil Action No. 3:12 CV 00531 (JAM)

                                                                    **ORAL ARGUMENT REQUESTED**

                    **Plaintiff,**


          **-vs.-**

**NATIONAL BUSINESS CAPITAL, INC.,**


                    **Defendant.**

---

### PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS

Upon the accompanying Memorandum of Law, all of the exhibits attached thereto and all other submissions and proceedings had herein, Plaintiff 3081 Main Street, LLC d/b/a New England Wine and Spirits (hereinafter "3081 Main Street"), by and through its undersigned counsel, hereby move this Court for an Order: (1) certifying a Class for settlement purposes; (2) granting preliminary approval of the Settlement between the parties pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; (3) approving of the form and manner of providing notice of the class action and proposed Settlement to the Settlement Class Members as set forth in the parties' Settlement Agreement and Release, dated November 18, 2014; (4) approving Tilghman & Co., P.C. as the Claims Administrator; (5) approving 3081 Main Street as Class Representative; and (6) approving Bellin & Associates LLC as Class Counsel.

Plaintiff will further move that the Court schedule a hearing for the purpose of considering whether to: (1) grant final approval of the Settlement Agreement; (2) enter final judgment in this action; (3) approve an incentive award to 3081 Main Street; and (4) approve an award of attorney's fees and costs to Class Counsel.

ORAL ARGUMENT REQUESTED.

Dated: White Plains, New York
       November 18, 2014

Respectfully submitted,

BELLIN & ASSOCIATES LLC

By: /s/Aytan Y. Bellin
       Aytan Y. Bellin, Esq.
White Plains, NY 10606
Tel: (914) 358-5345
Fax: (212) 571-0284
aytan.bellin@bellinlaw.com
Counsel for the Plaintiff 3081 Mains Street, LLC d/b/a New England Wine and Spirits and the Classes