**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**3081 MAIN STREET, LLC d/b/a NEW**
**ENGLAND WINE AND SPIRITS, on**
**behalf of itself and all others similarly**
**situated,**

                **Plaintiff,**

        **-v.-**

**NATIONAL BUSINESS CAPITAL,**
        **INC.,**

              **Defendant.**

*Case No. 3:12 CV 0531 (JAM)*

*Motion Date: November 3, 2015*

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff 3081**

**Main Street, LLC, d/b/a New England Wine and Spirits, will move this Court, for an**

**order: (1) granting permission to Plaintiff to file a Memorandum of Law in Support**

**of its Unopposed Motion for Final Approval of the Class Settlement, Attorney's**

**Fees and Incentive Award that is 46 pages in length; and (2) Granting such**

**further and other relief as this Court deems necessary and just.**

**Dated:**
   **White Plains, New York**
   **October 27, 2015**

                **Respectfully submitted,**

                **BELLIN & ASSOCIATES LLC**

                **By: /s/Aytan Y. Bellin**
                    **Aytan Y. Bellin, Esq.**
                **50 Main Street, Suite 1000**
                **White Plains, NY 10606**
                **Tel: (914) 358-5345**

1

Fax: (212) 571-0284
Aytan.Bellin@bellinlaw.com
Attorneys for 3081 Main Street, LLC
d/b/a New England Wine and Spirits
and the Class

## CERTIFICATE OF SERVICE

I hereby certify, under the penalties of perjury, that this document filed through the ECF system, will be sent electronically to all counsel of record by the ECF system.

DATED: October 27, 2015

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.