UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 3081 MAIN STREET, LLC d/b/a NEW ENGLAND WINE AND SPIRITS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  -vs.-<br><br>NATIONAL BUSINESS CAPITAL, INC.,<br><br>    Defendant. | Case No. 3:12 CV 0531 (JAM) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT, ATTORNEYS FEES AND AN INCENTIVE AWARD**

    Upon the accompanying Memorandum of Law, all of the exhibits attached thereto and all other submissions and proceedings had herein, Plaintiff 3081 Main Street, LLC d/b/a New England Wine and Spirits (hereinafter "3081 Main"), by and through its undersigned counsel, hereby move this Court, pursuant to Federal Rule 23, for an order:  (1)  approving the Class Settlement; (2) approving the Class Counsel's application for fees, costs and expenses; and (3) approving an incentive award for Plaintiff.

**ORAL ARGUMENT REQUESTED.**

Dated: White Plains, New York
   October 27, 2015

                       Respectfully submitted,

                       /s/ Aytan Y. Bellin
                       Aytan Y. Bellin, Esq. ct28454
                       BELLIN & ASSOCIATES LLC
                       50 Main Street, Suite 1000
                       White Plains, New York 10606

-2-

(914) 358-5345
(212) 571-0284 (fax)

*Counsel for Plaintiff 3081 Main Street, LLC d/b/a New England Wine and Spirits*

## CERTIFICATE OF SERVICE

I hereby certify, under the penalties of perjury, that this document filed through the ECF system, will be sent electronically to all counsel of record by the ECF system.

DATED: October 27, 2015

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.